IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CENTRIX HR, LLC | : | CIVIL ACTION |
| v. | : | |
| ON-SITE STAFF MANAGEMENT, INC. d/b/a/ CENTRIX STAFFING, et al. | : | NO. 04-5660 |

# O R D E R

AND NOW, this 20th day of April, 2010, it is hereby

**ORDERED**

that plaintiff's Motion to Strike Defendants' Expert Report, Expert Testimony, and Evidence of Damages Pursuant to Fed. R. Evid. 702 and 703 (Doc. No. 92) is **DENIED** for the reasons set forth in the accompanying Memorandum of Decision.

BY THE COURT:

/s/ Thomas J. Rueter
THOMAS J. RUETER
Chief United States Magistrate Judge